# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**　　　　　Filed Under Seal

        **v.**　　　　　CASE NO. 6:20-cr-10003-JWB

**VICTOR S. LUGARABAMA,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**18 U.S.C. § 2314**
**(Interstate Transportation of Stolen Property)**

Beginning on or about June 10, 2019, and continuing through June 12, 2019, in the District of Kansas, and elsewhere, the defendant,

**VICTOR S. LUGARABAMA,**

did unlawfully transport, transmit, and transfer in interstate commerce from Wichita, Kansas, to Tulsa, Oklahoma, goods, wares and merchandise, that is, Spirit Aerosystems parts with an approximate value of $148,082.60, in excess of $5,000.00, knowing the same

to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

## A TRUE BILL

January 28, 2020   　　　　　　　 s/Foreperson
DATE   　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY


  s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**