# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>VICTOR S. RUGARABAMA, )<br>a/k/a VICTOR S. LUGARABAMA, )<br> )<br>  Defendant. ) | Criminal Action<br><br>Case No. 20-10003-01-JWB |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States, by and through Debra L. Barnett, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the Indictment filed on January 28, 2020, and the Superseding Indictment filed on June 15, 2021 be unsealed.

WHEREFORE, the United States requests that the Indictment and the Superseding Indictment in the above-captioned case be unsealed.

> Respectfully submitted,
>
> DUSTON J. SLINKARD
> Acting United States Attorney
>
> s/ Debra L. Barnett
> DEBRA L. BARNETT
> Ks. S.Ct. No. 12729
> Assistant United States Attorney
> District of Kansas
> 301 N. Main, Suite 1200
> Wichita, Kansas 67202
> (316) 269-6481
> (316) 269-6484 (FAX)
> Debra.Barnett@usdoj.gov

# **CERTIFICATE OF SERVICE**

  I hereby certify that on June 28, 2021, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

              s/ Debra L. Barnett
              DEBRA L. BARNETT
              Assistant U.S. Attorney